| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>WOODS, GEORGE E | 2. Court or Organization<br>E.D. MICHIGAN | 3. Date of Report<br>5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ◉ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>231 W. Lafayette Blvd., #277<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE OFFICE 2004 MAY 17 A 11: 25 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, GEORGE E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TRUST #1 | E | Int. & Div. | O | T | | | | | |
| 2. --Nuveen Div Adv Muni 3 | | | | | Buy | 3-03* | L | | |
| 3. --Anardarko Petrol. Corp. | | | | | | | | | |
| 4. --MI Insd Muni Trust Series 132 | | | | | | | | | |
| 5. --Anardarko Petrol. Corp. | | | | | | | | | |
| 6. --Nuveen Insd MI Trust Series 80 | | | | | | | | | |
| 7. --Nuveen Insd MI Trust Series 81 | | | | | | | | | |
| 8. --Nuveen Insd MI Trust Series 83 | | | | | | | | | |
| 9. --Nuveen Insd MI Trust Series 64 | | | | | | | | | |
| 10. --Nuveen Insd MI Trust Series 73 | | | | | | | | | |
| 11. --Nuveen Insd MI Trust Series 51 | | | | | | | | | |
| 12. --Nuveen Insd MI Trust Series 58 | | | | | | | | | |
| 13. --Nuveen Insd MI Trust Series186 | | | | | | | | | |
| 14. -Fed.MuniCash Money Mkt Fund - LIR Tax Free Money Mkt Fund* | | | | | | | | | |
| 15. --Nuveen Insd MI Trust Series 93 | | | | | | | | | |
| 16. --Nuveen MI Div Adv | | | | | | | | | |
| 17. --Nuveen Nat'l Div Adv | | | | | | | | | |
| 18. --Nuveen MULTST TR IV MI | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    HI = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, GEORGE E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Flagship | | | | | Buy | 2003* | J | | |
| 20. --Nuveen Insd MI Trust Series 60 | | | | | Buy | 6/00* | K | | |
| 21. IRA #1 | D | Int. & Div. | M | T | | | | | |
| 22. --Abbott Laboratories | | | | | | | | | |
| 23. --Computer Assoc Intl | | | | | | | | | |
| 24. --Walt Disney Co. | | | | | | | | | |
| 25. --Elan Corp. | | | | | | | | | |
| 26. --Fluor Corp. | | | | | Sold* | 12/02 | J | | |
| 27. --Gillette Co. | | | | | | | | | |
| 28. --Home Depot Inc. | | | | | | | | | |
| 29. --Johnson & Johnson | | | | | | | | | |
| 30. --Levl 3 Comm. | | | | | | | | | |
| 31. --MCI Worldcom - Worldcom Inc., Worldcom Group* | | | | | | | | | |
| 32. --Motorola Inc. | | | | | | | | | |
| 33. --Pfizer Inc. | | | | | | | | | |
| 34. --Wells Fargo & Co. | | | | | | | | | |
| 35. --MFN Finl. Corp. Wts | | | | | | | | | |
| 36. --MFN Finl. Corp. Wts* | | | | | Expired | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, GEORGE E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --MFN Finl. Corp. Wts* | | | | | Expired | | | | |
| 38. --Fed. Mun. Cash Money Mkt. Fund, LIR Money Mkt Fund* | | | | | | | | | |
| 39. --Intervoice-Brite Inc. | | | | | | | | | |
| 40. --Massey Energy Corp. | | | | | | | | | |
| 41. GEORGE E. WOODS & SPOUSE JOINT TENANTS | D | Int. & Div. | N | T | | | | | |
| 42. --Commercial Fed. Corp. | | | | | | | | | |
| 43. --Merck & Co. - Medco Health Solutions | | | | | | | | | |
| 44. --MCI Worldcom Inc. - Worldcom Group | | | | | | | | | |
| 45. --Nuveen Div. Adv. Mun. Fund | | | | | | | | | |
| 46. --First Trust Great Plains Equity Trust | | | | | Redeemed | 5/03 | J | | |
| 47. --Nuveen Insd MI Trust Series 65 | | | | | | | | | |
| 48. --Nuveen Insd MI Trust Series 75 | | | | | | | | | |
| 49. --Nycal Corp. | | | | | | | | | |
| 50. --Fed. Muni Cash Money Mkt. Fund -LIR Tax Free Mkt Fund* | | | | | | | | | |
| 51. --Nuveen Insd Tax Ex 60 | | | | | | | | | |
| 52. --Nuveen FL Quality Muni Fund | | | | | | | | | |
| 53. --Nuveen Div Adv Muni Fund II | | | | | Buy | 5-03* | K | | |
| 54. --Nuveen MI Div Adv Muni Fund (NZW) | | | | | Buy | 9/01* | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODS, GEORGE E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. ACCOUNTS: | | | | | | | | | |
| 56. —Bank One | B | Interest | L | T | | | | | |
| 57. —Riverside Bank of Florida | A | Interest | K | T | | | | | |
| 58. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODS, GEORGE E | 5/3/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

* 2. Nuveen Div. Adv. Fund Muni 3 - Also purchased on 6-03 and 11-03. Value Code reflects all purchases for 2003.

*14., *38., & *50. - Federated Muni Cash Money Market Fund is now LIR Tax Free Money Mkt. Fund.

*19. Flagship - Monthly purchases in 2003. Value Code reflects all purchases for 2003.

*20. Nuveen Insd. MI Trust Series 60: Smith-Hayes, Financial Advisor/Investment firm, in review of Financial Report advised this trust was purchased in June 2000.

*26. Flour: Smith-Hayes, in reviewing report, advised this was sold in 12/02.

*31. & *44. Smith-Hayes advised MCI Worldcom is now Worldcom, Inc. & Worldcom Group:

*36. & *37. Smith-Hayes advised MFN Finl. Corp. Wts. Accounts expired. No cash value.

*53. Nuveen Div. Adv. Mun. Fund II also purchased on 6-03 and 11-03. Cash Value code reflects all purchases in 2003.

*54. Smith-Hayes advised Nuveen MI Div Adv Muni Fund (NZW) was purchased in September 2001 for $106,503.50.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODS, GEORGE E | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date_____ **4/19/04** _____

NOTE: ANY                                           FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJEC                                           app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544